UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL VINCENT STUBBS, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:13-cv-03129-VEB<br><br><br><br>ORDER FOR REMAND |

The parties having consented to the jurisdiction of a United States Magistrate Judge (Docket No. 19) and having stipulated as set forth herein,

NOW, THEREFORE, upon the stipulation of the parties, it hereby is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will hold

Page 1        ORDER - [13-CV-3129-VEB]

Case 2:13-cv-03129-VEB   Document 20   Filed 09/30/14

a de novo hearing, and Plaintiff may raise any issue and submit additional evidence in support of his claim. The ALJ will be instructed to give further consideration to the opinion evidence of record, particularly the opinions regarding physical limitations, to reassess the claimant's maximum residual functional capacity, and if warranted, to obtain supplemental vocational expert evidence.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorneys' fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

ORDERED, that the District Court Executive shall file this Order, provide copies to counsel, enter judgment in favor of the Plaintiff, and CLOSE this case.

Dated: September 30, 2014

/s/Victor E. Bianchini
HONORABLE VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE